# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ROMARILYN BAKER, | )<br>) |
| Petitioner, | )<br>) NO. EDCV 08-172-AHM (RCF) |
| v. | )<br>) JUDGMENT |
| DAWN DAVISON, Warden, | )<br>) |
| Respondent. | )<br>) |

Pursuant to the Order Granting Motion to Dismiss Petition as Moot, IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: December 5, 2011

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**